AUSA: Nee                  Telephone: (810) 766-5177
Special Agent: Laura Trainer    Telephone: (313) 580-2178

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Joel Michael Beamish

Case No.  1:23-mj-30210
Judge: Morris, Patricia T.
Filed: 05-24-2023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3, 2018 to May 24, 2023__ in the county of __Ogemaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) ; 2252A(a)(2); 2252A(a)(5)(B) ; and 2260A | Sexual exploitation of a minor, and attempts; receipt of child pornography; possession of child pornography; and increasing penalties for registered sex offenders |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Laura Trainer, Special Agent - HSI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __May 24, 2023__

_____
Judge's signature

City and state: __Bay City, Michigan__     Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Laura Trainer, being first duly sworn, state as follows:

**I.  INTRODUCTION**

1. I am a Special Agent with the Department of Homeland Security Homeland Security Investigations (HSI) in Detroit, Michigan.  I have been employed as a Special Agent for HSI since March 2007 and am currently assigned to the Cyber Crimes Group.  While employed as a Special Agent by HSI, I have assisted with investigations related to child exploitation and child pornography.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  In June 2019, I successfully completed the International Crimes Against Children (ICAC) Undercover Chatting Investigations training held in Fairfax, Virginia. In August 2020, I attended the Crimes Against Children Conference hosted virtually by the Dallas Children's Advocacy Center.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Joel Michael Beamish** for violations of Title 18, United States Code, Sections 2251(a) (sexual exploitation of a minor, and

1

attempts), 2252A(a)(2) (receipt of child pornography), 2252A(a)(5)(B) (possession of child pornography), and 2260A (increasing penalties for registered sex offenders).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for **Joel Michael Beamish**.

4. Pursuant to the provisions of Title 18, United States Code, section 2256, "child pornography," as used in this affidavit, includes any visual depiction, including any photograph, film, video, picture, or computer generated image or picture of sexually explicit conduct where the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct.

## PROBABLE CAUSE

5. HSI Detroit received information that an individual, later identified as Joel Beamish, had communicated using Application A[1] with multiple accounts involved in the trafficking of live-streamed images of the sexual abuse of children in exchange for payment, between the time period of July 3, 2018 and July 27, 2019.

6. In these communications, Beamish requested live sex shows of minor aged children, received sexually explicit images of minor aged children, and discussed having sent financial payments to the trafficker via Payment Service A[2] in connection with his requests for live sex shows of minor aged children. SA Trainer reviewed the images sent to Beamish from the other individual on Application A and confirmed several of the images met the definition of child pornography. Records also showed that there were numerous completed video calls between Beamish and the trafficker. For instance:

---

[1] The name and capabilities of Application A are known to law enforcement, and include the ability to exchange chat messages, images, and live video communications through the internet.
[2] The name of Payment Service A is known to law enforcement.

3

a. On July 31, 2018, Beamish asked for pics of the trafficker's "daughter," who had been described as a 7-year-old female, stating, "may I have some pics of your daughter? / In her bra and panty please?" The trafficker then sent two images of a nude prepubescent female kneeling on a bed with stuffed animals in the background. The minor female's bare vagina is visible in both pictures.

b. On October 4, 2018, the trafficker tells Beamish, "I have live girl now / 50$ / [acronym for Payment Service A]." Beamish asks the girl's age, and the trafficker responds "10." Beamish then asks "you fuck her?" and the trafficker responds, "deal." Beamish also later asks, "is her pussy bald?" to which the trafficker responds in the affirmative. Later, Beamish sends a code corresponding to a money transfer using Payment Service A, along with the associated name "joel beamidh." The trafficker and Beamish then have a call that lasts approximately 717 seconds. Beamish sends comments including, "Have her put on the panties that the other woman is / Wearing please / Trade panties with each other please."

c. On February 9, 2019, Beamish says, "you owe me / Videos / Pics / Or live show." After additional conversation, the trafficker sends

4

approximately 23 pictures to Beamish, the majority of which depict a nude prepubescent female exposing her bare vagina and anus.

d. On July 10, 2019, Beamish says, "what ages you got?", and the trafficker responds, "10-14 . . . Send me $50 to we do start the show." Beamish says, "that is great / Do they fuck men?" and the trafficker responds, "yes / Ifu want." Beamish offers "100 for all fuck and cum in pussies" and "send a pic of 14 please."

7. SA Trainer reviewed information associated with the user account engaged in these communications with the trafficker on Application A. According to records from Application A, the user account was associated with an email account at Yahoo, and a phone number ending in 1131.

8. According to records obtained from Yahoo, the Yahoo email account was associated with the same phone number ending in 1131. Yahoo also provided recent IP address logins for the Yahoo email, that resolved to a subscriber account in the name of Joel Beamish, a service address at Beamish's residence, and an email address, jobeam40@gmail.com.

9. SA Trainer obtained a subpoena for Payment Service A for the payments for live-streamed content of minors engaged in sexual activity, which were referenced in the communications between Beamish and the trafficker. These records showed that the sender was "Joel Beamidh," which has only

one letter different from Beamish's name; with an associated address at Beamish's residence; an associated phone number that was the same number ending in 1131; and an associated email address jobeam40@yahoo.com, which was similar to the jobeam40@gmail.com address used for Beamish's internet service subscriber information.

10. On May 24, 2023, personnel from HSI Detroit executed a federal search warrant at Beamish's residence. Beamish was not at the residence during the search warrant. The following was amongst the evidence discovered:

    a. An LG cell phone was found under men's clothes in a dresser drawer on the right side of the bed in a bedroom. Beamish's girlfriend, who was encountered at the residence, stated that the bedroom was shared by her and Beamish.

    b. During an initial preview of the phone's photo gallery application, an image was observed that showed three pre-pubescent females unclothed, bending over, facing away from the camera, with their genitalia exposed.

    c. The email jobeam40@gmail.com was also associated with the phone.

11. Beamish is a registered sex offender following a 2015 federal conviction in the Middle District of Alabama, for possession of child pornography. During that investigation, Beamish admitted that he had been viewing

images of child pornography since 2000 and that he would search for and view images of 11-16 year old girls. Beamish is currently on federal supervised release in the Eastern District of Michigan.

12. On May 24, 2023, HSI Detroit SA's Trainer and David Alley made contact with Beamish at the US Probation Office in Bay City, Michigan. Beamish acknowledged that he resided at the residence associated with the recent login information to the Yahoo email account, and with the payments to the trafficker using Payment Service A, which was searched on May 24, 2023. Beamish also stated that the email address jobeam40@gmail.com was his email address. Beamish also stated that the phone number ending in 1131 was his phone number in 2016 while he was at a halfway house after being released from prison for his 2015 federal conviction.

## III. CONCLUSION

13. I respectfully submits that there is probable cause to believe that Joel Michael Beamish violated Title 18, United States Code, Sections 2251(a), 2252A(a)(2), 2252A(a)(5)(B), and 2260A. Wherefore by this affidavit and application, Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for **Joel Michael Beamish.**

Respectfully submitted,

Laura L. Trainer, Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn to before me
on the 24th day of May 2023.

PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE